**Rodney Victor HARRIS, Plaintiff—
Appellant,**

v.

**Bret RADER, Property Manager, Giles County Housing and Development Corporation; Ann Angert, President of Giles County Housing and Develop-**

ment Corporation and President of GPL, Inc.; Darren Light, Vice President of GPL, Inc., Defendants—Appellees.

No. 03–2465.

United States Court of Appeals, Fourth Circuit.

Submitted June 16, 2004.

Decided July 1, 2004.

Rodney Victor Harris, Appellant pro se. Kenneth John Ries, Johnson, Ayers & Matthews, Roanoke, Virginia, for Appellees.

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Rodney Victor Harris appeals the district court's order dismissing his complaint alleging claims under 42 U.S.C. § 1983 (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny Harris's motion for a continuance and dismiss the appeal on the reasoning of the district court. *See Harris v. Rader*, No. CA–03–572–7 (W.D.Va. Nov. 13, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*